Prepared by State Reporter from Appeal Papers

on the 21st day of March, 1925; that an execution against him was thereafter returned wholly unsatisfied; that at the time the cause of action upon which the judgment was recovered accrued, the defendant Paul was the owner in fee simple of premises No. 936 Eighty-fourth street, Brooklyn; that on the 4th day of April, 1925, the defendant Paul conveyed these premises to the defendant Farrell, thereby leaving himself insolvent, and that the conveyance was fraudulently made without any consideration.

*Samuel R. Wachtell* for appellants.

*Lloyd B. Kanter* and *Oscar A. Lewis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.

---

VILLAGE OF GREAT NECK ESTATES, Respondent, *v.* BEMAK & LEHMAN, INC., et al., Appellants, Impleaded with Another.

*Real property — municipal corporations — villages — zoning law — action to enjoin use of real property for business purposes in violation of zoning ordinance.*

*Village of Great Neck Estates* v. *Bemak & Lehman, Inc.,* 223 App. Div. 853, affirmed.

(Argued June 20, 1928; decided July 19, 1928.)

APPEAL from a judgment, entered May 9, 1928, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiff. The action was to restrain the defendants from using certain premises situated in a residence " C " district in the village of Great Neck Estates and owned by the defendants Isaac J. and Josephine K. Bemak, for business purposes in violation of the zoning ordinance of the village.

Prepared by State Reporter .from Appeal Papers

*Joseph Steven Frank* and *Erastus J. Parsons* for appellants.

*Alfred C. B. McNevin* and *Edward S. Bentley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.

---

THE CITY OF NEW YORK, Appellant, *v.* NICHOLAS VASSILIOU, Respondent.

*Municipal corporations — New York city — contract — action by city to recover for failure to execute contract on bid for concession — counterclaim for amount of deposit.*

*City of New York v. Vassiliou,* 223 App. Div. 753, affirmed.

(Argued June 20, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 19, 1928, unanimously affirming a judgment in favor of defendant entered upon a verdict. The action was to recover damages sustained by plaintiff by reason of the failure of defendant to execute an agreement in accordance with his bid for the privilege of conducting a fruit and flower stand at the Manhattan Terminal of the Staten Island Ferry. The defendant counterclaimed for the amount of his deposit to secure the bid. The trial court charged the jury that the city had failed in its obligation to present to the defendant an executed lease or agreement to secure to him, prior to the commencement of the term, the enjoyment of the privilege, and left it to the jury to determine whether defendant had waived that requirement.

*George P. Nicholson,* Corporation Counsel (*Elliott S. Benedict* and *J. Joseph Lilly* of counsel), for appellant.

*Emanuel Friedman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.